The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| EV47 | 7200725 | 523 | 08/01/2025 |

**THE CHARGE ON THE VIOLATION NOTICE**

| Offense Charged | Offense Description |
|---|---|
| 32CFR1903.4(B)1(ii) | DRIVING WHILE INTOXICATED WITH A BAC OF .08 OR HIGHER |

| Defendant Name |
|---|
| LOPEZHUINIL, EDGAR |

| Initial Court Appearance |
|---|
| MANDATORY - You must appear in court |

| Court Address | Date/Time |
|---|---|
| US DISTRICT COURT<br><br>401 COURTHOUSE SQUARE<br>ALEXANDRIA, VA 22314-5798 | 08/12/2025<br>10:00 AM |